In the Matter of Adolph G. Maier, Appellant, against Edward H. Leete et al., Constituting the Board of Education of Union Free School District No. 7, Town of Greenburgh, County of Westchester, Respondents.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of Maxwell Ross, an Attorney.—

Present — Carswell, Johnston, Adel, Taylor, and Lewis, JJ.

In the Matter of Herbert Zarnikauer, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

Alys Moehlenpah, Appellant, v. Martin Lefcort, Respondent.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

The People of the State of New York, Respondent, v. Daniel Radice, Appellant.— Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

The People of the State of New York ex rel. Evelyn M. Henning, Appellant, against George N. Schmiedel, as Assessor of the Town of Eastchester, et al., Respondents.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

Reconstruction Finance Corporation, Respondent, v. Eastern Terra Cotta Realty Corporation et al., Appellants, et al., Defendants.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

Irving N. Sidman, Appellant, v. Manie Sidman et al., Respondents.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.